

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Fred Gonzales,                          * Original Proceeding

No. 11-23-00029-CR                     * February 23, 2023

                                                      * Per Curiam Memorandum Opinion
                                                        (Panel consists of: Bailey, C.J.,
                                                        Trotter, J., and Williams, J.)

        This court has considered Fred Gonzales's original petition and concludes that the petition should be dismissed for want of jurisdiction.   Therefore, in accordance with this court's opinion, the petition is dismissed.